United States District Court
NEWARK NEW JERSEY
07101

PLAINTIFF
Sonny Desposito 85148-054
-against-
DEFENDANTS
1) Federal Bureau of Prisons [FBOP]
2) Collett Peters
3) Medical Administrator Wilks "WALTZ"
4) Orthopedis "Bill"/"ortho Bill"
5) Bonislawski (Nurse)
6) REGIONAL Counsel "A.M. Johnson"
7) National Rosalind Ellington
8) Warden R. Tompson

Jury Trial REQUEST [YES]
CIVIL Rights Complaint
• FEDERAL BIVENS CLAIM
• Intentional Acts Case
• Deliberate Medical Indifference

①

Biven Claim Deliberate Medical Indifference

Bivens V. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971)

Statement of Claim: The Federal Bureau of Prisons, Director Colett Peters, Medical Administrator Wilks "Waltz", Orthopedis Bill "ortho Bill", Nurse Bonislawski, Warden R. Tompson, A.M. Johnson, and Rosalind Ellington hereafter refered to as "the Defendants" had a Duty to provide adequite and standard medical care as they take this responsibility when they take custody of American citizens, and other wise, except American tax dellar funding to do the same and have never claimed inability to do so themselves or deliver those in their care and custody to a local hospital for adequite medical attention.

The Defendants BREACHED their Duty when prison staff 1) disregaurded the report of 1st fall and therefore a dangerous situation; [10/24/18] 2) neglected to provide medical care immediatly upon the second fall and clearly visable broken arm, failed to X-ray, set the bone, provide real industry standard pain relief meds or give any kind of medical attention for weeks; [10/25/18] 3) once they finaly did ecknowledge I needed care they subjected me [11/15/18] to "ortho Bill" not olny refused to set the bone but intentionaly hit me with

②

a power tool cast saw while operating resulting in a reflexive Jerking the already broken and untreated arm out of instinctive impulse of self preservation, then proceeded to not provide corrective bone set or surgery to fix the damage he caused nor pain meds of any kind; 4) 11/30/19 Defendants BREACHED DUTY by not taken any actions to address the abuse "Wilks" stating "I dont think he would do that" but fail to investigate or even ask the offender if he had done it, apperently; 5) 9/12/19 Once it was apperantt that the neglect of my medical condition resulted in a "failed fuse, non union, 5mm dosal displacement" of the broken unal bone, they ordered a "Bone stimulator device" a "tens" like "unit" to spur healing but in Continuation of their Deliberate medical Indifference never did provide this medical Care; 6) 9/25/19 Bonislawski BREACHED DUTY when he recougnized I "need corrective surgury, bone saw rebreak, plates, rods, screws, physical theropy" but failed to provide it, in a blatent Deliberate medical Indifference. Then Stated "you get the narcotics [you are requesting and need for pain relief] out on the Compound [i.e. the illegal black market] In an additional malicieus Deliberate medical Indifference; 7) 12-7-19 Administrative staff Wardens, Directors, legal advisors all responded with Deliberate medical Indifference to learning of my medical condition and need for ligitimate treatment. To this very day the Defendants responce is to withhold medical treatment and making legal defensive moves delaying my possibility of treatment and prolonging my pain and suffering; 8) 12/3/19 The Defendants maliciously subject me to

③

unending suffering in nerve damage identified by Dr. Alyus, relating it to his own life experience with the same symptoms stating Even with corrective surgery and pain treatment I will likely suffer from the extreme pain I was in during our discussion "for life". The rest of the Defendants delivered Deliberate Medical Indifference in respence to this diganosis and knowledge of my need for treatment; 9) Medical Administrater Wilks "WALTZ" (11/30/19) BREACHED His Duty to provide medical care to me when he insted of administering the medical care he knew I needed he attempted to black mail me to signing away my rights to seek civil complaint action in exchange for "starting over" [and the] [deliverance of] "medical treatmentment". He Knew I needed medical care but insted of doing his Job and Duty to provide it, he used it as a bribe to get me to forfeit my Civil Constitutional Rights.

STATEMENT OF FACTS:
10/25/18 officer "Donald Trump" Marini neglected his duty to provide me medical care in respence to my Broken arm. He failed to call medical staff or allow me to go to them. Deliberate medical indifferance, I was not xrayed for weeks, then put into a case without having the bone set. "ortho Bill" then tortured me with an electrical power tool. Exsact date to be included at later time once review of records is possible. Intentional Acts. [likely 11/15/18]
7/25/19 "Brown IV" at 11:55 am responded to my report of

RECEIVED

SEP 17 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

④

"serious pain, level 10, 6 months now, been perscribed bone Stimulator device (due to non-union, still broken bone) but never delivered, Can I get some pain meds?" his respence: "No come back tomorrow". Deliberate indifferance.

7-31-19  12:30pm medical staff "Englert" said med Director "Achinski" opted for a treatment plan of "bone Stimulator" becouse the "Surgery" he knows is needed to correct my broken arm would "be too expensive" So we "wouldn't want to do that" despite my suffering for "8 months" [at that point, is what my journal taken in the moment said]. Admin. Achinski later refused to give me pain relief medication.

9-25-19  Nurse Borislawski says I "need surgery, rebreak, cadavar Bone, plates, rods, screws, bone set anatomicaly correct," becouse at this point the neglected "treatment plan" of Bone Stimulator is not possibily effective, So it was neglect of malpractice covered by consistant Deliberate medical Indifference. I asked if we could use local anistigia to do the need procedure he said no but he would do the rebreak "so you can get the surgery you need" willing to cause more uncessessary pain and suffering. He said "you really did need it set immediately 11 months ago but now surgery is the olny option becouse the failed fuse knit Calsium cluster would stop it from going in the right place". So they admitt past treatment was totally neglected. I asked for pain meds for my current pain to which the response was you can get narcotics out on the Compound [black

⑤

market].

10-15-19  Admin Wilks walk by me at unit 571, 12:20 afternoon I called out to him, he darted his eyes away and started walking faster. Total ignored my crys for medical attention any need for pain releif.

11-30-19  at 3:40 Wilk called me to attempt to have me waive my right to civil complaint. I told him "ortho Bill" his guy intentionaly hit me with a case saw for his own operation of amusing him self at the expense of my immediate suffering from a power tool in full operation, In lue of setting the broken bone opted for further misalinement via abuse and force torture. His respence "I dont think he Would have done that". I told him what "Boneslawski" on 9-25-19 said about the neglected treatment plan and his possibly Sacasizm in offering the ne anistegia rebreak and need surgical set and to get pain releif from the black market narcotics. I refused to sign over my rights and Wilks refused me pain meds in this date discussion.

11-4-19  I had to refuse X-rays for several reasons 1) the break and non-union is known; 2) staff is merely toying to "do" some- thing about my Complaint when taken me to the hospital. Is what they should have done a year ago and on this date; 3) if they were serious about treating me they would have given me basic pain releif; 4) their olny intention is to try to Capture a certain angle, to make it appear the bones are In

⑥

line, that it is not, requiring me to twist and contourt my broken arm and keep it still in that excrusiating possition so that they can make a false medical report to deny me care. "The main issue is your continued pain" yet they refuse to give me pain relief and intend to subject me to contortions so that they might capture an angle favorable to their false legal position so that they can defend themselves not the sick and injured and in need of immediate and serious medical attention.

11-5-19 Warden Ortiz responds to my plea for pain relief and medical attention, In official Intentional Acts of Deliberate Medical Indifferance.

11-19-19 Complained to Ms. Walt at medical of numbness in the fingers, pins and needless, likely nerve damage, they did nothing.

12-3-19 Dr. Aliace refuse pain pills, chuckles at the fact they let ortho Bill torture me for laughs with zero retraining consequence or repermand of any kind.

3-5-24 Essex County Jail under Contract of FBOP refused me medical treatment or the bottom bunk I need for my broken arm cant climb. There are seven more entrys In my journal about contacts with staff and their Deliberate medical Indifferance.

3-20-24 I was put into MDC BK who's staff raindly denys medical treatment for everyone. from day one I requested pain relief, bottom bunk and a surgury needed and the

RECEIVED

SEP 17 2024

AT 8:30_____
CLERK, U.S. DISTRICT COURT - CAMDEN



⑦

were deliberately indifferance to my medical needs.

1-10-22 Regional Counsel Darrin Howard and FCI fort Dix Warden L. N'Diaye both "deny, delay, defend" insted of providing medical care needed, they pefer to cover their own legal interests, in an "Intentional Act" of "Deliberate medical Indifferance".

5-14-23 I sent a complaint to FBOP Central office to which Rosalind Ellington National Appeals Admin. response on my birth day 9-22-23 with "Intentional Acts" of "Deliberate medical Indifference", I assume the date is not a mistake but a design to add "insult to injury" psycological trauma to physical torture and withholding of medical care.

11-28-23 I sent plea to FBOP Director SF 95 form to which the non remedy reply came 3/5/24. The Director too is complicit and in full agreement with the withholding of desperately needed Care in an orginization wide united FBOP Deliberate medical Indifference.

3/21/24 BK MDC Counsoler Jenkins proves no medical care.

3/26/24 "Ms. G" refuses me to put me into a lower bunk, forcing me to climb/decend with a broken arm to great pain and exsaserbation of injury.

3/31/24 med. Staff "Insoline" pill line guy refuses me treatment or pain relief. No responce or remedy to the report that I fell again and the emergency button dont werk.

⑧

5/7/24 Nurse Ms. Timothy revieved my mistreatment to tell me 4/19 "ortho Bill" "ordered a. bone stimulator to try to reverse the nen union" but did nothing more in a continuation of that same FBOP Deliberate medical Indifference.

4/16/24 I have a printed out email dated asking for them to honor the bottom bunk I need and undelivered medical treatment.

4/26/24 Nurse "Colubo" (possibly "Colunbo") refused me pain relief, care or bottom bunk pass.

5/8/24 Email Nurse Timothy, report fall due to being made to climb hurt other side shoulder but recieved no care. Another email same date reports "pain severity 20 on a scale of one to ten, cant move arm extermpain" but recieved no care.

5/21/24 I am finally ecknowledge the years long need for a bottom bunk pass.

6/17/24 Warden Tompson recieves email pleaing for medical care and compassionate relief but no treatment or care given, nor response.

8/26/24 fort DIX Admin. "Wilks J." told me he would looking to my lack of medical care but did nothing to treat me or curtail the constant pain I reported in a continuation of the Deliberate medical Indifference.

Respectfully submitted, Sammy Luparro

Johnny Desposito 85110-054
Federal Correctional Institution
FCI Fort Dix P.O. BOX 2000
Joint Base MDL 08640

## MOTION REQUEST FOR CIVIL COMPLAINT EXCEPTANCE, PROCEDURAL HURTLE CRITERIA ARGUMENT

PLEASE TAKE NOTICE: The Courts PRO-SE guildance form states to make referance to any prior or exsisting cases deriving from or containing elements of the instant claim. Inorder to comply with this edict the Plaintiff must refer to an earlier filing that was terminated. The reason of the termination was that latters on bunk beds was deemed discrestionary at that time, so the Prison was not held liable for a fall and broken arm (and the malpractice in refusing medical treatment for some reason). That policy has since changed and it has been ecknowledged and ordered by FBOP head Colette Peters that latters are necessary and manditory. The Pro-se guildlines on refering to any older or related shouldn't detract from this instance case's claim and statute of limitations windows for recent and on going Deliberate medical Indifferance. Plaintiff also agrues that the original filing date should be honored to as that case was terminated based on an element now ecknowledged by Defendants to be in fact manditory.

On the merits of the "Deliberate Medical Indifferance" claim's ripeness is substantiated by the recent 3/5/24 responce from the FBOP head, the final step necessary to satisfy the Admin. Remedy exhaution procedural hurtle, therefore Plantiff asserts this filing is meritorious.

respectfully submitted, Johnny Desposito 7/29/24